## NOTICE OF MOTION

BANKRUPTCY COURT FOR THE EASTERN DISTRICT OF VIRGINIA

RICHMOND DIVISION

OMNIBUS MOTION TO WITHDRAW AS COUNSEL

    CHARLES H Krumbein counsel for the debtor has filed papers with the Court:  Seeking to withdraw as counsel of record in this bankruptcy case. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this case.  (If you do not have an attorney, you may wish to consult one.)

    If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before September 25, 2004, you must File with the court, at the address below, a <u>written</u> request for a hearing or a written response pursuant to Local Bankruptcy Rule 9013-1(H)].  <u>The movant Charles H Krumbein believes this motion will be granted shortly after September 25, 2004.</u>

    If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough for the court to receive it on or before September 25, 2004.  To:

    Clerk of Court United States Bankruptcy Court
    1100 E Main Street, Room 310
    Richmond, VA 23219-3515

                                     <u>/S/ Charles H Krumbein</u>
                                        Charles H Krumbein
                                       Counsel for the Debtor

Charles H Krumbein, Va Bar No 01234
Krumbein & Associates,PLLC
1650 Willow Lawn Drive
Richmond,Va 23230
804 673 4358

                        Certificate of Service
               See certification in motion attached

```
            UNITED STATES BANKRUPTCY COURT
             EASTERN DISTRICT OF VIRGINIA
                   RICHMOND DIVISION
```

IN Re: Charles H Krumbein

                MOTION TO WITHDRAW AS COUNSEL

    Comes now Charles H. Krumbein, esq. Counsel of record in the attached list of active cases (Exhibit A filed with case no 04-30160) with this Court and moves to withdraw as counsel of record.  Charles H. Krumbein moves this court to strike his appearance as counsel of record on the following terms:  The clerk and the chapter 13 trustee shall strike Krumbein as counsel of record immediately in cases which are confirmed and for which no unresolved motion is currently before this court.  As cases are confirmed or the motion is resolved the clerk will enter the courts omnibus motion of resignation.

WHEREFORE Charles H Krumbein moves this Honorable Court for an Order striking the appearance of Charles H Krumbein as counsel of record subject to the terms in the proposed order.

                                    /s/ Charles H. Krumbein
                        Charles H. Krumbein (Va Bar No 01234)
                                 Krumbein & Associates, PLLC
                                    1650 Willow Lawn Drive
                                       Richmond, VA 23230
                                            804 673 4350

                    Certificate of Service

The undersigned hereby certifies that on September 7, 2004 a true and correct copy of the foregoing Motion to WITHDRAW as Counsel was sent by first class mail postage prepaid or electronic delivery to all parties receiving electronic notification on the attached list of case and each debtor (see case number 04-30160 for the complete list of cases)

                                    /s/ Charles H. Krumbein
                        Charles H. Krumbein (Va Bar No 01234)


Charles H. Krumbein (Va Bar No 01234)
Krumbein & Associates, PLLC

```
1650 Willow Lawn Drive
Richmond, VA 23230
804 673 4350
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN Re: Charles H Krumbein

ORDER TO STRIKE COUNSEL OF RECORD

   This day came Charles H. Krumbein counsel of record in the attached list of cases, and for good cause shown moves this court to resign as counsel of record in the attached list of cases upon the terms included herein:  ACCORDINGLY it is
   ORDERED ADJUDGED AND DECREED That the clerk shall strike Charles H Krumbein as counsel of record in this case ( a complete list of cases is attached as Exhibit A in case number 04-30160); Mr. Krumbein shall appear and represent debtors whose case is not confirmed or for which a contested matter or adversary proceeding is currently pending before this court.
   It is FURTHER ORDERED that Charles H Krumbein is ordered to comply with local bankruptcy rules (cm/ecf) and retain any filed document for which there is a debtor's original signature, and any document hand written by the debtor to support the debtor's answers to the schedules, plan or other filed document (specifically the intake booklet called Bankruptcy Rights and Duties) unless relieved of that duty by subsequent counsel approved by this court.
   It is further ordered by This court further relieves the movant Charles H. Krumbein of the duty to mail a copy of this order as entered to each debtor at their address of record because a copy of the proposed order was provided with the motion.

ENTERED   _____

_____
Judge Douglas O. Tice, Jr.
Chief Judge United States Bankruptcy Court
Eastern District of Virginia

I ask for this
/S/ Charles H Krumbein
Krumbein & Associates PLLC
1650 Willow Lawn Drive, Richmond , Va 23230 673 4358